JAMES DAY, Appellant, *v.* THE SUN INSURANCE OFFICE, Respondent.

*Day* v. *Sun Insurance Office,* 40 App. Div. 305, affirmed.
(Argued April 25, 1901; decided May 10, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1899, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*L. L. Van Allen* and *James Day* for appellant.

*Allan McCulloh* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.